```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

KELVIN PYNE,                          :

    Petitioner,                   :

v.                                    :
                                  CIVIL ACTION 08-146-WS-M

MICHAEL B. MUKASEY,                   :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,               :

    Respondents.                  :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DENIED and that this action be DISMISSED.

DONE this 10th day of July, 2008.

_____
s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE