```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

KELVIN PYNE,                          :

    Petitioner,                   :

v.                                    :
                                            CIVIL ACTION 08-146-WS-M
MICHAEL B. MUKASEY,                   :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,              :

    Respondents.                  :


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondents Michael B. Mukasey, Michael Chertoff, and Warden David O. Streiff and against Petitioner Kelvin Pyne.

DONE this 10th day of July, 2008.

                                                            _____
                                                            s/WILLIAM H. STEELE
                                                            UNITED STATES DISTRICT JUDGE